UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO REYES, JR., | ) | 1:05-CV-0880 LJO WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| JOE McGRATH, | ) | (DOCUMENT #8) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 15, 2007, respondent filed a second motion to extend time to file a response to the petition for writ of habeas corpus . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file the response.

IT IS SO ORDERED.

**Dated:   June 18, 2007**              /s/ **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE