IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO REYES, JR., | 1:05-cv-00880 LJO WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| JOE McGRATH, | (DOCUMENT #13) |
| Respondent. / | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 1, 2007, petitioner filed a motion to extend time to file opposition to respondent's Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file opposition to the Motion to Dismiss.

IT IS SO ORDERED.

**Dated:   September 7, 2007**          **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE