1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO REYES, JR.,                          1:05-cv-00880-LJO-WMW (HC)

12                                              SECOND ORDER GRANTING
                    Petitioner,                 EXTENSION OF TIME TO FILE
13                                              OPPOSITION TO MOTION TO DISMISS
           vs.
14                                              (DOCUMENT #15)
     JOE MCGRATH,
15                                              THIRTY DAY DEADLINE
                    Respondent.
16   _____/

17          Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On September 14, 2007, petitioner filed a motion to extend time to file

19   opposition to respondent's Motion to Dismiss.  Good cause having been presented to the court

20   and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to file

22   opposition to the Motion to Dismiss.

23   IT IS SO ORDERED.

24   **Dated:    October 3, 2007            /s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28