IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO REYES, JR., | 1:05-cv-00880 LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| JOE McGRATH, | (DOCUMENT #18) |
| Respondent. | TWENTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 24, 2008, petitioner filed a motion to extend time to file objections to Findings and Recommendation.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted twenty days from the date of service of this order in which to file objections to Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   February 4, 2008**            /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE