1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11

MARIO REYES, JR.,                          1: 05 - CV - 0880 LJO  WMW HC

12
                        Petitioner,         ORDER ADOPTING FINDINGS AND
13                                          RECOMMENDATIONS RE MOTION TO
                                            DISMISS PETITION FOR WRIT OF HABEAS
14        v.                                CORPUS

15                                          (Doc. 12, 17, 18, 21,22)

16   JOE MCGRATH, Warden,

17                        Respondent.
     _____/

18

19          Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

20   U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22          On January 9, 2008, the Magistrate Judge filed findings and recommendations herein.  These

23   findings and recommendations were served on the parties and contained notice to the parties that any

24   objections to the findings and recommendations were to be filed within thirty days.  Petitioner filed

25   objections on February 5, 2008, to which Respondent replied on February 8, 2008.

26          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de

27   novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

28   1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations

1  to be supported by the record and by proper analysis.

2      Based on the foregoing, it is HEREBY ORDERED  that:

3  1.   The findings and recommendations issued by the Magistrate Judge on

4      January 9, 2008, are a adopted in full;

5  2.   Respondent's motion to dismiss is GRANTED [Doc. 12];

6  2.   The Petition for Writ of Habeas Corpus is DISMISSED as an unauthorized second or

7      successive petition; and

8  3.    The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

9  IT IS SO ORDERED.

10 **Dated:   February 8, 2008**             /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE